374 A.2d 713

Commonwealth v. Viguers, Appellant.

Argued March 24, 1977. L. Slawe, with him Allen L. Feingold, for appellant; Thomas Benjamin Miller, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.